417 A.2d 771

Dappolone et al. v. Andrews, Mears, and Weiss Transportation Co., Appellants.

Argued March 21, 1979. Harold B. Marcus, for appellants; Ronald Ziegler, for appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order of the lower court affirmed.